IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEGA OF AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 22-cv-7079 <br><br> **Judge Joan B. Gottschall** <br><br> **Magistrate Judge Sheila M. Finnegan** |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff Sega of America, Inc.'s ("Plaintiff") Motion for Entry of a Preliminary Injunction and Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) (the "Motions"), and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motions against the fully interactive e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (the "Seller Aliases").

This Court hereby finds that it has personal jurisdiction over the Defendants because the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offering shipping to the United States, including Illinois, accepting payment in U.S. dollars, and selling products bearing unauthorized copies of Plaintiff's copyrighted works, including the copyrighted works listed in the table below (the "Sonic Copyrighted Works"):

---

[1] The e-commerce store URLs are listed on Schedule A attached hereto.

| U.S. Copyright Reg. No. | Work Title | Issue Date |
|---|---|---|
| PA0002344266 | Sonic the Hedgehog 2 | April 8, 2022 |
| PRE000011798 | Sonic the Hedgehog 2 | April 9, 2021 |
| PA0002228951 | Sonic the Hedgehog | February 18, 2020 |
| PRE000010948 | Sonic the Hedgehog | July 22, 2019 |
| TX0008029049 | Sonic Boom. | January 22, 2015 |
| TX0007606111 | Sonic & Knuckles "Mecha Madness Special" | October 8, 2012 |
| TX0007609228 | Sonic & Knuckles | October 8, 2012 |
| TX0007609248 | Sonic Adventures "Nights Into Dreams" | October 8, 2012 |
| TX0007609603 | Sonic Adventures "Nights Into Dreams" | October 8, 2012 |
| TX0007609483 | Sonic Adventures "Nights Into Dreams" | October 8, 2012 |
| TX0007609242 | Sonic Adventures "Nights Into Dreams" | October 8, 2012 |
| TX0007609194 | Sonic Blast | October 8, 2012 |
| TX0007609230 | Sonic Live | October 8, 2012 |
| TX0007609187 | Sonic the Hedgehog "In Your Face". [Published: 1997-01-15. Issue: no. 1, 01/15/1997] | October 8, 2012 |
| TX0007609198 | Sonic Triple Trouble. [Published: 1995-06-28. Issue: no. 1, 06/28/1995] | October 8, 2012 |
| TX0007609235 | Sonic vs. Knuckles. [Published: 1995-04-17. Issue: no. 1, 04/17/1995] | October 8, 2012 |
| TX0007606123 | Sonic Quest: Death Egg Saga. [Published: 1996-08-26. Issue: no. 1, Dec 1996] | September 25, 2012 |
| TX0007606128 | Sonic Quest: Death Egg Saga. [Published: 1996-09-15. Issue: no. 2, Jan 1997] | September 25, 2012 |
| TX0007606137 | Sonic Quest: Death Egg Saga. [Published: 1996-11-16. Issue: no. 3, Feb 1997] | September 25, 2012 |
| TX0007617975 | Sonic the Hedgehog Buddy "Tail's". [Published: 1995-08-17. Issue: no. 1, Dec 1995] | September 25, 2012 |
| TX0007617973 | Sonic the Hedgehog Buddy "Tail's". [Published: 1995-09-26. Issue: no. 2, Jan 1996] | September 25, 2012 |
| TX0007617970 | Sonic the Hedgehog Buddy "Tail's". [Published: 1995-10-31. Issue: no. 3, Feb 1996] | September 25, 2012 |
| TX0007609679 | Sonic the Hedgehog Presents "Princess Sally". [Published: 1995-04-12. Issue: no. 1, April, 1995] | September 25, 2012 |
| TX0007609635 | Sonic the Hedgehog Presents "Princess Sally". [Published: 1995-05-23. Issue: no. 2, May 1995] | September 25, 2012 |
| TX0007609608 | Sonic the Hedgehog Presents "Princess Sally". [Published: 1995-06-25. Issue: no. 3, June 1995] | September 25, 2012 |
| TX0007604909 | SONIC X. [Published: 2008-03-10. Issue: no. 30, 03/10/2008] | September 24, 2012 |
| TX0007604907 | SONIC X. [Published: 2008-03-26. Issue: no. 31, 03/26/2008] | September 24, 2012 |

| | | |
|---|---|---|
| TX0007604905 | SONIC X. [Published: 2008-04-23. Issue: no. 32, 04/23/2008] | September 24, 2012 |
| TX0007604904 | SONIC X. [Published: 2008-05-28. Issue: no. 33, 05/28/2008] | September 24, 2012 |
| TX0007604903 | SONIC X. [Published: 2008-06-25. Issue: no. 34, 06/25/2008] | September 24, 2012 |
| TX0007604877 | SONIC X. [Published: 2008-07-23. Issue: no. 35, 07/23/2008] | September 24, 2012 |
| TX0007604398 | SONIC X. [Published: 2008-08-27. Issue: no. 36, 08/27/2008] | September 24, 2012 |
| TX0007604138 | SONIC X. [Published: 2008-09-24. Issue: no. 37, 09/24/2008] | September 24, 2012 |
| TX0007604076 | SONIC X. [Published: 2008-10-22. Issue: no. 38, 10/22/2008] | September 24, 2012 |
| TX0007603702 | SONIC X. [Published: 2008-11-26. Issue: no. 39, 11/26/2008] | September 24, 2012 |
| TX0007602871 | SONIC X. [Published: 2008-12-24. Issue: no. 40, 12/24/08] | September 24, 2012 |
| TX0007604911 | SONIC X. [Published: 2005-09-07. Issue: no. 1, Nov 2005] | September 19, 2012 |
| TX0007604912 | SONIC X. [Published: 2007-02-09. Issue: no. 16, Mar 2007] | September 19, 2012 |
| TX0007605207 | SONIC X. [Published: 2007-03-16. Issue: no. 17, April 2007] | September 19, 2012 |
| TX0007605212 | SONIC X. [Published: 2007-04-13. Issue: no. 18, May 2007] | September 19, 2012 |
| TX0007605218 | SONIC X. [Published: 2007-05-03. Issue: no. 19, June 2007] | September 19, 2012 |
| TX0007617976 | SONIC X. [Published: 2007-05-31. Issue: no. 20, July 2007] | September 19, 2012 |
| TX0007605216 | SONIC X. [Published: 2007-07-02. Issue: no. 21, Aug 2007] | September 19, 2012 |
| TX0007605214 | SONIC X. [Published: 2007-07-30. Issue: no. 22, Sept 2007] | September 19, 2012 |
| TX0007605119 | SONIC X. [Published: 2007-08-27. Issue: no. 23, Oct 2007] | September 19, 2012 |
| TX0007605116 | SONIC X. [Published: 2007-09-24. Issue: no. 24, Nov 2007] | September 19, 2012 |
| TX0007604938 | SONIC X. [Published: 2007-10-22. Issue: no. 25, Dec 2007] | September 19, 2012 |
| TX0007604930 | SONIC X. [Published: 2007-11-07. Issue: no. 26, Jan 2008] | September 19, 2012 |
| TX0007604928 | SONIC X. [Published: 2007-12-17. Issue: no. 27, Feb 2008] | September 19, 2012 |
| TX0007604925 | SONIC X. [Published: 2008-01-14. Issue: no. 28, Mar 2008] | September 19, 2012 |

| | | |
|---|---|---|
| TX0007604921 | SONIC X. [Published: 2008-02-11. Issue: no. 29, Mar 2008] | September 19, 2012 |
| TX0007617978 | SONIC X. [Published: 2005-10-05. Issue: no. 2, Dec 2005] | September 17, 2012 |
| TX0007605205 | SONIC X. [Published: 2005-11-02. Issue: no. 3, Jan 2006] | September 17, 2012 |
| TX0007605203 | SONIC X. [Published: 2005-11-30. Issue: no. 4, Feb 2006] | September 17, 2012 |
| TX0007605201 | SONIC X. [Published: 2006-01-25. Issue: no. 5, April 2006] | September 17, 2012 |
| TX0007605184 | SONIC X. [Published: 2006-02-22. Issue: no. 6, May 2006] | September 17, 2012 |
| TX0007605180 | SONIC X. [Published: 2006-03-22. Issue: no. 7, June 2006] | September 17, 2012 |
| TX0007605172 | SONIC X. [Published: 2006-04-19. Issue: no. 8, July 2006] | September 17, 2012 |
| TX0007605168 | SONIC X. [Published: 2006-06-28. Issue: no. 10, Aug 2006] | September 17, 2012 |
| TX0007604931 | SONIC X. [Published: 2006-06-28. Issue: no. 9, July 2006] | September 17, 2012 |
| TX0007604940 | SONIC X. [Published: 2006-07-22. Issue: no. 12, Nov 2006] | September 17, 2012 |
| TX0007605164 | SONIC X. [Published: 2006-07-26. Issue: no. 11, Sept 2006] | September 17, 2012 |
| TX0007605175 | SONIC X. [Published: 2006-10-25. Issue: no. 13, Dec 2006] | September 17, 2012 |
| TX0007604935 | SONIC X. [Published: 2006-11-01. Issue: no. 14, Jan 2006] | September 17, 2012 |
| TX0007604933 | SONIC X. [Published: 2006-12-13. Issue: no. 15, Feb 2007] | September 17, 2012 |
| TX0007563319 | SONIC SUPER SPECIAL. [Published: 1997-04-29. Issue: no. 1, 4/29/1997] | July 13, 2012 |
| TX0007563317 | SONIC SUPER SPECIAL. [Published: 1997-08-19. Issue: no. 2, 8/19/1997] | July 13, 2012 |
| TX0007563313 | SONIC SUPER SPECIAL. [Published: 1997-10-21. Issue: no. 3, 10/21/1997] | July 13, 2012 |
| TX0007563302 | SONIC SUPER SPECIAL. [Published: 1997-12-30. Issue: no. 4, 1998] | July 13, 2012 |
| TX0007563180 | SONIC SUPER SPECIAL. [Published: 1998-03-17. Issue: no. 5, 3/17/1998] | July 13, 2012 |
| TX0007563178 | SONIC SUPER SPECIAL. [Published: 1998-06-16. Issue: no. 6, 6/16/1998] | July 13, 2012 |
| TX0007563175 | SONIC SUPER SPECIAL. [Published: 1998-09-29. Issue: no. 7, 9/29/1998] | July 13, 2012 |
| TX0007562833 | SONIC SUPER SPECIAL. [Published: 1999-03-16. Issue: no. 9, 3-16-99] | July 13, 2012 |

| | | |
|---|---|---|
| TX0007562829 | SONIC SUPER SPECIAL. [Published: 1999-06-15. Issue: no. 10, 6/15/1999] | July 13, 2012 |
| TX0007562822 | SONIC SUPER SPECIAL. [Published: 1999-09-21. Issue: no. 11, 9/21/1999] | July 13, 2012 |
| TX0007562838 | SONIC SUPER SPECIAL. [Published: 1999-12-29. Issue: no. 8, 12/29/1999] | July 13, 2012 |
| TX0007562818 | SONIC SUPER SPECIAL. [Published: 2000-01-04. Issue: no. 12, 1/4/00] | July 13, 2012 |
| TX0007562815 | SONIC SUPER SPECIAL. [Published: 2000-01-04. Issue: no. 13, 01/04/2000] | July 13, 2012 |
| TX0007562811 | SONIC SUPER SPECIAL. [Published: 2000-06-01. Issue: no. 14, 06/01/2000] | July 13, 2012 |
| TX0007562780 | SONIC SUPER SPECIAL. [Published: 2000-11-01. Issue: no. 15, Feb 2001] | July 13, 2012 |
| PAu003353780 | Sonic Unleashed Video Excerpts and Screenshots. | August 20, 2008 |
| PA0000783698 | The adventures of Sonic the Hedgehog : no. 238-101. | February 8, 1996 |
| PA0000783697 | The adventures of Sonic the Hedgehog : no. 238-102. | February 8, 1996 |
| PA0000783696 | The adventures of Sonic the Hedgehog : no. 238-103 | February 8, 1996 |
| PA0000783767 | The adventures of Sonic the Hedgehog : no. 238-104, Sloww going. | February 8, 1996 |
| PA0000783769 | The adventures of Sonic the Hedgehog : no. 238-105, High stakes Sonic. | February 8, 1996 |
| PA0000783766 | The adventures of Sonic the Hedgehog : no. 238-106, Sonic breakout. | February 8, 1996 |
| PA0000783765 | The adventures of Sonic the Hedgehog : no. 238-107, Trail of the missing... | February 8, 1996 |
| PA0000783740 | The adventures of Sonic the Hedgehog : no. 238-108. | February 8, 1996 |
| PA0000783739 | The adventures of Sonic the Hedgehog : no. 238-109. | February 8, 1996 |
| PA0000783760 | The adventures of Sonic the Hedgehog : no. 238-110, King Coconuts. | February 8, 1996 |
| PA0000791347 | The adventures of Sonic the Hedgehog : no. 238-111. | February 8, 1996 |
| PA0000791349 | The adventures of Sonic the Hedgehog : no. 238-112. | February 8, 1996 |
| PA0000791345 | The adventures of Sonic the Hedgehog : no. 238-113. | February 8, 1996 |
| PA0000791344 | The adventures of Sonic the Hedgehog : no. 238-114. | February 8, 1996 |
| PA0000791340 | The adventures of Sonic the Hedgehog : no. 238-115. | February 8, 1996 |
| PA0000791339 | The adventures of Sonic the Hedgehog : no. 238-116. | February 8, 1996 |
| PA0000791341 | The adventures of Sonic the Hedgehog : no. 238-117. | February 8, 1996 |
| PA0000791342 | The adventures of Sonic the Hedgehog : no. 238-118. | February 8, 1996 |
| PA0000777971 | The adventures of Sonic, the hedgehog : no. 238-137. | February 8, 1996 |
| PA0000777973 | The adventures of Sonic, the hedgehog : no. 238-138. | February 8, 1996 |
| PA0000777970 | The adventures of Sonic, the hedgehog : no. 238-139. | February 8, 1996 |
| PA0000778054 | The adventures of Sonic the Hedgehog : no. 238-140. | February 8, 1996 |
| PA0000778058 | The adventures of Sonic the Hedgehog : no. 238-141. | February 8, 1996 |

| PA0000778060 | The adventures of Sonic the Hedgehog : no. 238-142. | February 8, 1996 |
|---|---|---|
| PA0000778056 | The adventures of Sonic the Hedgehog : no. 238-143. | February 8, 1996 |
| PA0000777968 | The adventures of Sonic, the hedgehog : no. 238-144. | February 8, 1996 |
| PA0000777967 | The adventures of Sonic, the hedgehog : no. 238-145. | February 8, 1996 |
| PA0000778055 | The adventures of Sonic the Hedgehog : no. 238-146. | February 8, 1996 |
| PA0000778061 | The adventures of Sonic the Hedgehog : no. 238-147. | February 8, 1996 |
| PA0000777966 | The adventures of Sonic, the hedgehog : no. 238-148. | February 8, 1996 |
| PA0000777965 | The adventures of Sonic, the hedgehog : no. 238-149. | February 8, 1996 |
| PA0000778053 | The adventures of Sonic the Hedgehog : no. 238-150. | February 8, 1996 |
| PA0000777972 | The adventures of Sonic, the hedgehog : no. 238-151. | February 8, 1996 |
| PA0000778062 | The adventures of Sonic the Hedgehog : no. 238-152. | February 8, 1996 |
| PA0000778059 | The adventures of Sonic the Hedgehog : no. 238-153. | February 8, 1996 |
| PA0000778057 | The adventures of Sonic the Hedgehog : no. 238-154. | February 8, 1996 |
| PA0000783699 | The adventures of Sonic the Hedgehog : no. 238-155. | February 8, 1996 |
| PA0000783700 | The adventures of Sonic the Hedgehog : no. 238-156. | February 8, 1996 |
| PA0000783706 | The adventures of Sonic the Hedgehog : no. 238-157. | February 8, 1996 |
| PA0000783702 | The adventures of Sonic the Hedgehog : no. 238-158. | February 8, 1996 |
| PA0000783701 | The adventures of Sonic the Hedgehog : no. 238-159. | February 8, 1996 |
| PA0000783705 | The adventures of Sonic the Hedgehog : no. 238-160. | February 8, 1996 |
| PA0000783761 | The adventures of Sonic the Hedgehog : no. 238-161, 48 hour sonic : a.k.a. Fat & easy. | February 8, 1996 |
| PA0000783764 | The adventures of Sonic the Hedgehog : no. 238-162, Lifestyles of the sick and twisted. | February 8, 1996 |
| PA0000783763 | The adventures of Sonic the Hedgehog : no. 238-163, Sonic is running. | February 8, 1996 |
| PA0000783762 | The adventures of Sonic the Hedgehog : no. 238-164, Roboninjas. | February 8, 1996 |
| PA0000791361 | The adventures of Sonic, the hedgehog : no. 238-165. | February 8, 1996 |
| PA0000791242 | The adventures of Sonic the Hedgehog : no. 238-119, Mystery of the missing... | February 7, 1996 |
| PA0000791233 | The adventures of Sonic the Hedgehog : no. 238-120, Goodbye sucker. | February 7, 1996 |
| PA0000791232 | The adventures of Sonic the Hedgehog : no. 238-121, Sonic getstrashed. | February 7, 1996 |
| PA0000791231 | The adventures of Sonic the Hedgehog : no. 238-122, Pseudo Sonic. | February 7, 1996 |
| PA0000777969 | The adventures of Sonic, the hedgehog : no. 238-123. | February 7, 1996 |
| PA0000791230 | The adventures of Sonic the Hedgehog : no. 238-124, Tails in charge. | February 7, 1996 |
| PA0000791229 | The adventures of Sonic the Hedgehog : no. 238-125, Sno problem. | February 7, 1996 |
| PA0000777963 | The adventures of Sonic, the hedgehog : no. 238-126. | February 7, 1996 |

| | | |
|---|---|---|
| PA0000791228 | The adventures of Sonic the Hedgehog : no. 238-127, Dream on. | February 7, 1996 |
| PA0000791234 | The adventures of Sonic the Hedgehog : no. 238-128, Musta ... beautiful baby. | February 7, 1996 |
| PA0000772425 | The adventures of Sonic, the hedgehog : no. 238-129. | February 7, 1996 |
| PA0000791243 | The adventures of Sonic the Hedgehog : no. 238-130, Full tilt tails. | February 7, 1996 |
| PA0000791244 | The adventures of Sonic the Hedgehog : no. 238-131, MacHopper. | February 7, 1996 |
| PA0000772426 | The adventures of Sonic the Hedgehog : no. 238-132. | February 7, 1996 |
| PA0000777964 | The adventures of Sonic, the hedgehog : no. 238-133. | February 7, 1996 |
| PA0000772423 | The adventures of Sonic, the hedgehog : no. 238-134. | February 7, 1996 |
| PA0000772427 | The adventures of Sonic the Hedgehog : no. 238-135. | February 7, 1996 |
| PA0000791227 | The adventures of Sonic the Hedgehog : no. 238-136, Robotnik's rival. | February 7, 1996 |
| PA0000659981 | Sonic the hedgehog 3 | June 22, 1994 |
| TXu000593150 | Sonic spinball. | November 3, 1993 |

This Court further finds that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of the Motion for Entry of a Preliminary Injunction and in support of Plaintiff's previously granted Motion for Entry of a Temporary Restraining Order establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of copyright infringement because (1) Plaintiff is the owner of the Sonic Copyrighted Works, and (2) Defendants, without authorization from Plaintiff, or any right under the law, have deliberately copied, displayed, distributed, reproduced, and/or made derivative works incorporating the Sonic Copyrighted Works. Furthermore, Defendants' continued and unauthorized copying of the Sonic Copyrighted Works irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, and loss of exclusivity. Monetary damages fail to address such damage and,

7

therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. reproducing, distributing copies of, making derivative works of, or publicly displaying the Sonic Copyrighted Works in any manner without the express authorization of Plaintiff;

    b. passing off, inducing, or enabling others to sell or pass off any product as Plaintiff's genuine product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the Sonic Copyrighted Works;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    d. further infringing the Sonic Copyrighted Works and damaging Plaintiff's goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear the Sonic Copyrighted Works.

2. Upon receipt of actual notice of this Order, the online platforms Amazon.com, Inc. ("Amazon"), DHgate.com ("DHgate"), Fruugo.com, Limited ("Fruugo"), PayPal, Inc. ("PayPal"), and Walmart Inc. ("Walmart") (collectively, the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

    a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with Defendants' Seller Aliases and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Seller Aliases; and

    c. any financial accounts owned or controlled by Defendants, including their affiliates, officers, agents, servants, employees, confederates, attorneys, and any person acting in concert or participation with them, including such accounts residing with or under the control of the Third Party Providers.

3. Defendants shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

4. The Third Party Providers shall, within seven (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' Seller Aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. Plaintiff may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website, and by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Paul Varley and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

6. The Complaint [4] including Exhibit 1 and Schedule A [2]-[3], Plaintiff's Motion for Entry of a Temporary Restraining Order, including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery [21] and accompanying supporting memorandum, declarations, and exhibits, including screenshot printouts showing the Defendants' infringement of the Sonic Copyrighted Works [22]-[23], Plaintiff's Notification of

      Affiliates [5], Exhibit 8 to the Declaration of Zheng R.H. [19], and the TRO [30] are unsealed.

7. Any Defendant or other person that is subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

8. Any Third Party Providers with actual notice of this Order my appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

9. The $10,000 bond posted by Plaintiff shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

10. This Preliminary Injunction Order is entered on February 28, 2023.

Dated: February 28, 2023                    /s/
                                                    Joan B. Gottschall
                                                    United States District Judge

**Sega of America, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" – Case No. 22-cv-07079**

# Schedule A

| No. | Seller Alias | URL |
|---|---|---|
| 1 | Aijbytao us | https://www.amazon.com/sp?ie=UTF8&seller=A2C61U9CFDSAK4 |
| 2 | AIMEILIKA | https://www.amazon.com/sp?ie=UTF8&seller=A368ECCQ8C6ZLU |
| 3 | ALBEA | https://www.amazon.com/sp?ie=UTF8&seller=A2WHCWI1Q8HTHU |
| 4 | amzoms | https://www.amazon.com/sp?ie=UTF8&seller=A7SAOHPR80IWG |
| 5 | baikangjia | https://www.amazon.com/sp?ie=UTF8&seller=A21VWPWTKS7C05 |
| 6 | baixionghuihtdae | https://www.amazon.com/sp?ie=UTF8&seller=A35N3PBPUUN1U |
| 7 | Beahouse Store | https://www.amazon.com/sp?ie=UTF8&seller=AUH790T887ERR |
| 8 | borubaihuo | https://www.amazon.com/sp?ie=UTF8&seller=A31RXX4PZ7NLSC |
| 9 | cdhmjdzswyxgs | https://www.amazon.com/sp?ie=UTF8&seller=ARBRVGHSOQIAG |
| 10 | CHAOJIKA | https://www.amazon.com/sp?ie=UTF8&seller=A30A6UZ72AQ9J |
| 11 | chengdugengxiebowangluokejiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A22EHO5WZU1HHG |
| 12 | chenggong001 | https://www.amazon.com/sp?ie=UTF8&seller=A1YDSEF5K5OSNE |
| 13 | chenmingmingdedian | https://www.amazon.com/sp?ie=UTF8&seller=A2D79GXNM1Q1UG |
| 14 | chongqingdonghuiyaojiancaiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A1ELE63MZNZU2R |
| 15 | Cibernetukunla | https://www.amazon.com/sp?seller=AYUGFGKJA9FCJ |
| 16 | Deeprose0410 Store | https://www.amazon.com/sp?ie=UTF8&seller=APZUFN5GQKNG7 |
| 17 | dongfangyuangangshangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A2KHO1CGTIFSDX |
| 18 | DongGuanShiCaiJieSiYinShuaCaiLiaoYouXianGongSi | https://www.amazon.com/sp?seller=A3FBU7JNHFWQ2H& |
| 19 | Dyrqmhts | https://www.amazon.com/sp?ie=UTF8&seller=AIUFY5H7H3V8A |

12

| | | |
|---|---|---|
| 20 | ElyseShirt"s | https://www.amazon.com/sp?ie=UTF8&seller=A2IECHC4Z7SE0D |
| 21 | ERG688 | https://www.amazon.com/sp?ie=UTF8&seller=A20WAU7JI7978Q |
| 22 | FanChoice | https://www.amazon.com/sp?ie=UTF8&seller=A1PSD5FI7BM69M |
| 23 | Fangchengji | https://www.amazon.com/sp?ie=UTF8&seller=A32M9AAFVQ6UI6 |
| 24 | fanxianhongjiaodianzixiaoshouyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A2GHB2UC60VD3K |
| 25 | FDOM | https://www.amazon.com/sp?ie=UTF8&seller=A2W0UHUUBBSV9J |
| 26 | Foshan panshanxuan Clothing Co., Ltd | https://www.amazon.com/sp?ie=UTF8&seller=AW3X1X06718C0 |
| 27 | fsgsgyysmyxgs | https://www.amazon.com/sp?ie=UTF8&seller=A3L4CPJZ8GDMHV |
| 28 | Gaochenzesuo | https://www.amazon.com/sp?ie=UTF8&seller=A3RJP84GKE3RZH |
| 29 | gaopingping | https://www.amazon.com/sp?ie=UTF8&seller=A3FSD5NYYYQ05D |
| 30 | GBFHDSHJDFTJ | https://www.amazon.com/sp?ie=UTF8&seller=ASA3DWCOU7IZ8 |
| 31 | GfenK Store | https://www.amazon.com/sp?ie=UTF8&seller=AP7B8QR49J7GB |
| 32 | GHSWGHRT | https://www.amazon.com/sp?seller=A1QKB8IH8V22RO |
| 33 | Graphics manufacturing store | https://www.amazon.com/sp?ie=UTF8&seller=A1TIMS3U8O0P6C |
| 34 | Haidell | https://www.amazon.com/sp?ie=UTF8&seller=AZNAETVK41DWE |
| 35 | haikouchenyubinkeji | https://www.amazon.com/sp?ie=UTF8&seller=A2R8MTIA2H4I1Q |
| 36 | Hainan Xintai Feipeng Technology Co., Ltd | https://www.amazon.com/sp?seller=A2OMXKFOEWB5HH |
| 37 | hehanru32 | https://www.amazon.com/sp?ie=UTF8&seller=A1CDVG4OSAF79X |
| 38 | hnswzslgcsmxygs | https://www.amazon.com/sp?seller=AAS5VWWVLDNTI |
| 39 | hongtongwangchaomaoyiyouxiangongsi773 | https://www.amazon.com/sp?ie=UTF8&seller=A5YMW6IY5IUSB |
| 40 | HONRG | https://www.amazon.com/sp?ie=UTF8&seller=APEEZKX90F4N0 |
| 41 | jahniya | https://www.amazon.com/sp?ie=UTF8&seller=AXDS4LAT7SNOV |
| 42 | jinbiaojiaju | https://www.amazon.com/sp?seller=AJDQMMIN4RFL1 |
| 43 | jiushaishangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A2YPM0F9BYT2T8 |

| | | |
|---|---|---|
| 44 | Junzhihang | https://www.amazon.com/sp?seller=A2JJTZ6DKLLTSO |
| 45 | karstoy | https://www.amazon.com/sp?ie=UTF8&seller=A1WJHPCWSKJWQJ |
| 46 | kepenger-store | https://www.amazon.com/sp?ie=UTF8&seller=A3F3T74ARPMS96 |
| 47 | LEPUS-SXX | https://www.amazon.com/sp?ie=UTF8&seller=A24BHGQZFLIQ3L |
| 48 | linktotoysbad | https://www.amazon.com/sp?ie=UTF8&seller=A1NGBGGKM2FK9D |
| 49 | liudaiyuandianzishangwuyouxianzerengongsi | https://www.amazon.com/sp?ie=UTF8&seller=A2TZ0X3HQLTABX |
| 50 | liyuxiadedian | https://www.amazon.com/sp?ie=UTF8&seller=A1OQGHFVPZBMMY |
| 51 | LOUHH | https://www.amazon.com/sp?seller=A1Z4JSZPOYEOHY |
| 52 | MingYoung | https://www.amazon.com/sp?seller=A19OJ3GQWSEVG1 |
| 53 | Mowr epiu | https://www.amazon.com/sp?ie=UTF8&seller=A2WGAV1230F251 |
| 54 | nantongjunyan | https://www.amazon.com/sp?ie=UTF8&seller=A9BE8UGNTO2J7 |
| 55 | Permanentik | https://www.amazon.com/sp?seller=A3DSV5D0DTSQEL |
| 56 | PiHuJueWangLuo | https://www.amazon.com/sp?ie=UTF8&seller=A2WOXBZOPH50F1 |
| 57 | renyachong | https://www.amazon.com/sp?ie=UTF8&seller=AM0247X5FQHH6 |
| 58 | sccdjysmyxgs | https://www.amazon.com/sp?ie=UTF8&seller=AHH92DJPCPZ7T |
| 59 | sccdsjlsmyxgs | https://www.amazon.com/sp?ie=UTF8&seller=ATLTINZK0K5MO |
| 60 | Shan Xi Jia You YouShangMaoYouXianGongSi | https://www.amazon.com/sp?ie=UTF8&seller=A3GSSLE9FLYQQ |
| 61 | Shengxiang Network | https://www.amazon.com/sp?ie=UTF8&seller=A1D3K072DM10JT |
| 62 | Sizhenmei | https://www.amazon.com/sp?seller=A14JN5053IZ440 |
| 63 | sunhuashangmao | https://www.amazon.com/sp?ie=UTF8&seller=A3OFYETKPG602Y |
| 64 | SUNZHENZHENGONGSI | https://www.amazon.com/sp?seller=A3AWU3SWQ9WJMF |
| 65 | SXPC | https://www.amazon.com/sp?ie=UTF8&seller=A33CMR9A6CH4QU |
| 66 | SYCART | https://www.amazon.com/sp?ie=UTF8&seller=AKLS7VVBMFVS7 |
| 67 | SYQBUTQ | https://www.amazon.com/sp?ie=UTF8&seller=AAGJHVEJWIZCE&asin=B0B38SHZ1T |

| | | |
|---|---|---|
| 68 | Tinsign Daddy | https://www.amazon.com/sp?ie=UTF8&seller=A3QDLWUPTNL6TN |
| 69 | TMSJZF | https://www.amazon.com/sp?seller=A2QYYHDAVME6VK |
| 70 | uanbaizijiedianzishangwuyo | https://www.amazon.com/sp?ie=UTF8&seller=A3VL4IUN3T8G2N |
| 71 | Vecoacopd Direct | https://www.amazon.com/sp?ie=UTF8&seller=A1AFFLLF49AA3B |
| 72 | wangdaichuan-mg | https://www.amazon.com/sp?ie=UTF8&seller=AN3OMP5HQEFH9 |
| 73 | WangXinFeng | https://www.amazon.com/sp?ie=UTF8&seller=A28Z6OKXZG10Y5 |
| 74 | WMRBZMRWL | https://www.amazon.com/sp?ie=UTF8&seller=A2KM6804EPX555 |
| 75 | wowotoutoo | https://www.amazon.com/sp?ie=UTF8&seller=AKF0AWCIREKCQ |
| 76 | wubaiqiu5455 | https://www.amazon.com/sp?ie=UTF8&seller=AIQ55PB4W7TUF |
| 77 | wuyongtaosfs | https://www.amazon.com/sp?ie=UTF8&seller=A105X665S8F0LG |
| 78 | wuzilong888 | https://www.amazon.com/sp?ie=UTF8&seller=A1SSF3NE8D90H7 |
| 79 | XDHSFF | https://www.amazon.com/sp?seller=ASSNLI52I9PH2 |
| 80 | xinchenrun | https://www.amazon.com/sp?ie=UTF8&seller=A3CF6DLI51MDDL&asin=B09ZHXJ9KX |
| 81 | XINZHUO-Tang | https://www.amazon.com/sp?seller=A1UYR9RE4UKE0Z |
| 82 | XZQQQZSA | https://www.amazon.com/sp?ie=UTF8&seller=A1KJDFZ8317T2 |
| 83 | yanglipengdad | https://www.amazon.com/sp?seller=A2IVB3E9C4VX2U |
| 84 | YAOMENG-US | https://www.amazon.com/sp?ie=UTF8&seller=A2C77YXRXDNUYK |
| 85 | Yequan | https://www.amazon.com/sp?ie=UTF8&seller=A3V2BTI1AUXE1N |
| 86 | yexuechuji | https://www.amazon.com/sp?ie=UTF8&seller=A2MIZDWBX37FUS |
| 87 | youqian888 | https://www.amazon.com/sp?ie=UTF8&seller=A1BWNT3AKIR2HB |
| 88 | Yu Yimei-shou | https://www.amazon.com/sp?ie=UTF8&seller=A1QUC68SLYSDG3 |
| 89 | yzbh shop | https://www.amazon.com/sp?ie=UTF8&seller=AFVXWSE04ANAQ |
| 90 | YZJSSL | https://www.amazon.com/sp?ie=UTF8&seller=AYXZOD7F15GC6 |
| 91 | zhangguanghuiSFS | https://www.amazon.com/sp?ie=UTF8&seller=A273B63YMRKP6S |

| | | |
|---|---|---|
| 92 | zhangleidsad | https://www.amazon.com/sp?ie=UTF8&seller=A2I8VJEFXS8U1 |
| 93 | zhaopandianzishangwuyouxianzerengongsi | https://www.amazon.com/sp?ie=UTF8&seller=A167P1O0EY2PEO |
| 94 | 合肥琼纽电子商务有限公司11 | https://www.amazon.com/sp?ie=UTF8&seller=A1SI2K2TIQNCKJ |
| 95 | 明恩商贸行 | https://www.amazon.com/sp?ie=UTF8&seller=A1FPJBUZMF4S3H |
| 96 | ai801 | https://www.dhgate.com/store/21815406 |
| 97 | chengxinboss123456 | https://www.dhgate.com/store/21651031 |
| 98 | elnl | https://www.dhgate.com/store/21800984 |
| 99 | f23b | https://www.dhgate.com/store/21818867 |
| 100 | ho2e | https://www.dhgate.com/store/21819210 |
| 101 | i0b2 | https://www.dhgate.com/store/21819670 |
| 102 | jmzq | https://www.dhgate.com/store/21819798 |
| 103 | keycoalabel | https://www.dhgate.com/store/21030111 |
| 104 | kkij | https://www.dhgate.com/store/21819596 |
| 105 | m5ww | https://www.dhgate.com/store/21819205 |
| 106 | mcbi | https://www.dhgate.com/store/21800717 |
| 107 | nncy | https://www.dhgate.com/store/21819396 |
| 108 | nufd | https://www.dhgate.com/store/21819453 |
| 109 | pfzctc3 | https://www.dhgate.com/store/21751169 |
| 110 | pfzctn3 | https://www.dhgate.com/store/21751160 |
| 111 | pfzctr01 | https://www.dhgate.com/store/21750851 |
| 112 | pjlf | https://www.dhgate.com/store/21817826 |
| 113 | qingwei2 | https://www.dhgate.com/store/21773960 |
| 114 | rhtg | https://www.dhgate.com/store/21819594 |
| 115 | rpop | https://www.dhgate.com/store/21819204 |
| 116 | sfzp | https://www.dhgate.com/store/21818578 |
| 117 | sjne | https://www.dhgate.com/store/21818546 |
| 118 | smyy12 | https://www.dhgate.com/store/21780145 |
| 119 | smyy9 | https://www.dhgate.com/store/21769411 |
| 120 | software52 | https://www.dhgate.com/store/21723961 |
| 121 | ubog | https://www.dhgate.com/store/21819208 |
| 122 | us_california | https://www.dhgate.com/store/21829568 |
| 123 | Wholesale product | https://www.dhgate.com/store/20620751 |
| 124 | wm1o | https://www.dhgate.com/store/21819807 |
| 125 | amyuntold | http://amyuntold.ecrater.com |
| 126 | Ecomland | https://www.fruugo.us/search?merchantId=14883 |
| 127 | Huanjiang Xintong Hardware Store | https://www.fruugo.us/search?merchantId=14426 |
| 128 | Shenzhen Fanhai Electronic Commerce | https://www.fruugo.us/search?merchantId=14061 |

| | | |
|---|---|---|
| 129 | Shenzhen Winway Electronics | https://www.fruugo.us/search?merchantId=15069 |
| 130 | Theme4U | https://www.fruugo.us/search?merchantId=10869 |
| 131 | Zhangzhou Yiye Qianfan Electronic Commerce | https://www.fruugo.us/search?merchantId=13883 |
| 132 | haoshengqiyue | https://www.walmart.com/seller/101134285 |
| 133 | Hope Star | https://www.walmart.com/seller/101214711 |
| 134 | huaxuan | https://www.walmart.com/seller/101139209 |
| 135 | Runwaer Style Trade Inc | https://www.walmart.com/seller/101082391 |
| 136 | Shanxi Qiqiqi Education Technology Co., Ltd | https://www.walmart.com/seller/101228422 |
| 137 | SimpleQ | https://www.walmart.com/seller/101132560 |
| 138 | SPACEY | https://www.walmart.com/seller/101225432 |
| 139 | Wey.Co. ltd | https://www.walmart.com/seller/101260004 |
| 140 | wuhushiwanzhiquwanyaotaodianzishangwufuwuyouxianzerengongsi | https://www.walmart.com/seller/101268672 |